885-15
886-15

# ELECTRONIC RECORD

COA # 04-14-878-CR          OFFENSE: Aggravated Robbery

STYLE: Matthew Douglas Hayes v. The State of Texas          COUNTY: Bexar

COA DISPOSITION: Dismissed          TRIAL COURT: 437th District Court

DATE:06/10/2015          Publish: NO          TC CASE #: 2013CR10841W

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»          CCA #: _____

_____APPELLANT'S_____ Petition          CCA Disposition: 885-15 ; 886-15
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_____REFUSED_____          JUDGE: _____
DATE: 10/14/2015          SIGNED: _____ PC: _____
JUDGE: Per Curiam          PUBLISH: _____ DNP: _____

----------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____